UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:

| | |
|---|---|
| **EDDY RAY PERRINE and** | |
| **SANDRA MICHELLE PERRINE** | **CASE NO. 05-10816-whd** |
|   Debtors | |
| | **CHAPTER 7** |
| **COLLINS BROTHERS CORPORATION** | **JUDGE: W. HOMER DRAKE, JR.** |
| **D/B/A COLLINS BROTHERS PRODUCE** | |
|   Plaintiff | |
| v. | **ADVERSARY PROCEEDING NO.** |
| | **05-1118** |
| **EDDY PERRINE** | |
|   Defendant | |

**STATE OF GEORGIA**

**COUNTY OF CARROLL**

### AFFIDAVIT OF EDDY RAY PERRINE IN SUPPORT OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT

**Personally** appeared before me, the undersigned officer, duly authorized by law to administer oaths, EDDY RAY PERRINE, who, being duly sworn, deposes and says on oath the following:

1.

My name is Eddy Ray Perrine, and I am over the age of l8. I was the sole shareholder and president of EMB Distributors, Inc.

2.

Attached to the Affidavit of Michael Collins was Exhibit "B, " which purports to be a statement summarizing invoice totals and the amount paid by EMB Distributors, Inc. To

Collins Brothers Corporation, the Plaintiff herein.  However, said Exhibit "B" is inaccurate.

A review of the records of EMB Distributors, Inc. reveals the following amounts paid to

Collins Brothers Corporation after December l, 2003.

| Date of Payment | Amount Paid |
| --- | --- |
| December 31, 2003 | $ 8,000.00 |
| January 7, 2004 | 18,000.00 |
| January 8, 2004 | 4,000.00 |
| January 15, 2004 | 8,000.00 |
| January 19, 2004 | 3,000.00 |
| January 22, 2004 | 3,000.00 |
| January 26, 2004 | 5,000.00 |
| January 28, 2004 | 10,000.00 |
| February 3, 2004 | 10,000.00 |
| February 7, 2004 | 5,000.00 |
| February 10, 2004 | 1,000.00 |
| February 12, 2004 | 2,800.00 |
| February 18, 2004 | 5,000.00 |
| February 19, 2004 | 3,500.00 |
| February 26, 2004 | 3,000.00 |
| March 4, 2004 | 7,000.00 |
| March 26, 2004 | 10,000.00 |
| May 6, 2004 | 1,000.00 |
| May 20, 2004 | 1,000.00 |

3.

In summary, the financial records of EMB Distributors, Inc., show payments totaling

$108,300.00 to Collins Brothers Corporation on or after December l, 2003.

4.

I acknowledge that Collins Brothers Corporation filed a lawsuit in the Federal District

Court for the Northern District of Georgia and obtained a judgment.  However, at the time I was

financially unable to defend the action.

5.

Attached hereto is a copy of each check referred to in Paragraph 2.

The facts set forth herein are based upon my personal knowledge.

FURTHER, the Affiant sayeth not

This the _____ day of _____, 2006.

/S_____
EDDY RAY PERRINE, Defendant

Sworn and subscribed before me,
this the 16th day of May, 2006.

/S_____
Elizabeth S. Ashe Notary Public

My Commission Expires October 19, 2009             .

## CERTIFICATE OF SERVICE

This is to certify that I have today served a copy of the foregoing AFFIDAVIT OF EDDY RAY PERRINE IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT by depositing copy of same in the United States Mail, in a properly addressed envelope, with sufficient postage to insure delivery to:

Mr. G. Frank Nason IV
Attorney for Plaintiff
3343 Peachtree Road, NE
East Tower Suite 550
Atlanta, Georgia 30326

This the _____ day of _____, 2006.

/S_____
Allen M. Trapp, Jr.
Ga. Bar No. 7l5535

P. O. Box 2206
Carrollton, Georgia 30112
770-830-8560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:

| | |
|---|---|
| **EDDY RAY PERRINE** | CASE NO. N-05-10816-WHD |
| **SANDRA MICHELLE PERRINE** | |
| Debtors | CHAPTER 7 |
| | JUDGE: W. HOMER DRAKE, JR. |
| **COLLINS BROTHERS CORPORATION** | |
| **D/B/A COLLINS BROTHERS PRODUCE** | ADVERSARY PROCEEDING NO. |
| Plaintiff | 05-1118 |
| v, | |
| **EDDY RAY PERRINE** | |
| Defendant | |

### DEFENDANT'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

**COMES** now the Defendant herein and shows this Court the following:

1.

Due to numerous material facts that are in dispute, the Plaintiff herein is not entitled to Summary Judgment.

2.

Due to the absence of evidence showing any actual fraud or defalcation on the part of the Defendant, the Plaintiff herein is not entitled to Summary Judgment.

3.

In support hereof, the Defendant relies upon the " Statement of Material Facts" in

Dispute," the "Affidavit of Eddy Ray Perrine in Support of Response to Motion for Summary Judgment," and the "Brief in Support of Defendant's Response to Motion for Summary Judgment," all submitted simultaneously herewith.

    WHEREFORE, the Defendant prays that this Court deny the Plaintiff's Motion for Summary Judgment.

    This the _____ day of _____, 2006.

/S _____

P. O. Box 2206  
Carrollton, Georgia 30112  
770-830-8560

Allen M. Trapp, Jr.  
Ga. Bar No. 7l5535

## CERTIFICATE OF SERVICE

This is to certify that I have today served a copy of the foregoing DEFENDANT'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT by depositing copy of same in the United States Mail, in a properly addressed envelope, with sufficient postage to insure delivery to:

Mr. G. Frank Nason IV
Attorney for Plaintiff
3343 Peachtree Road, NE
East Tower, Suite 550
Atlanta, Georgia 30303

This the _____ day of _____, 2006.

S/_____

P. O. Box 2206             Allen M. Trapp, Jr.
Carrollton, Georgia 30112  Ga. Bar No. 7l5535
770-830-8560